679 A.2d 1262

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Stephanie RILEY, Respondent.**

Supreme Court of Pennsylvania.

July 25, 1996.

Reargument Denied Oct. 22, 1996.

## ORDER

PER CURIAM:

AND NOW, this 25th day of July, 1996, the Petition for Allowance of Appeal is granted. The order of the Superior Court is reversed, the judgment of sentence is vacated and the case is remanded for resentencing in accordance with 18

Pa.C.S. § 7508(a)(3)(i). See, *Commonwealth v. Williams,* 539 Pa. 249, 652 A.2d 283 (1994).